IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOCELYN A. MAXWELL,<br>JUSTIN L. NICHOLS,<br>JOHN J. STEINER,<br>SCOTT COLLIER,<br>COREY A. WILSON, and<br>JAMES A. GRAHAM,<br><br>         Plaintiffs,<br><br>     v.<br><br>KEYSTONE CLEARWATER SOLUTIONS,<br>LLC,<br><br>         Defendant. | Civil Action Nos.<br>2:16-cv-01104,<br>2:16-cv-01138,<br>2:16-cv-01147,<br>2:16-cv-01152,<br>2:16-cv-01179, and<br>2:16-cv-01180 |

**UNOPPOSED MOTION OF PLAINTIFFS
JOHN J. STEINER, SCOTT COLLIER,
COREY A. WILSON, AND JAMES A. GRAHAM
TO APPROVE SETTLEMENT AGREEMENTS**

Four of the plaintiffs, John J. Steiner, Scott Collier, Corey A. Wilson, and James A. Graham, move that the Court approve their respective Settlement Agreements, which are attached as Exhibits 1-4.  These four plaintiffs are collectively filing a brief to explain the reasons for their request.  The other two plaintiffs, Jocelyn A. Maxwell and Justin L. Nichols, are not part of the settlement, and will continue to pursue their respective claims.

The defendant, Keystone Clearwater Solutions, LLC, does not oppose this motion.

{B3012517.2}

Respectfully submitted,

DILLON, MCCANDLESS, KING,
COULTER & GRAHAM LLP

Dated:   April 5, 2017          By:      _/s/ Ronald T. Elliott_____
                                        Ronald T. Elliott
                                        relliott@dmkcg-law.com
                                        PA ID No. 71567
                                        128 West Cunningham Street
                                        Butler, PA  16001
                                        (724) 283-2200

                                        *Counsel for Plaintiffs*
                                        *John J. Steiner, Scott Collier,*
                                        *Corey A. Wilson, and James A. Graham*